UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Arlene B. Chell,

Plaintiff,

v.

American Home Products Corp.,
A. H. Robins Company, Inc., and
Wyeth-Ayerst Laboratories Co.,

Defendants.

Civil 00-899 JMR/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: April 12, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED APR 12 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Jonathan Lebedoff is now the magistrate assigned to this case

Please use new case number 00-899 JMR/JGL